IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI MITCHELL, <br> as Guardian for Juvenile Claimant, xxx-xx-8350, <br> <br> Plaintiff, <br> <br> v. <br> <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br> <br> Defendant. | No. 3:14-cv-01108 <br> <br> Judge Nixon <br> Magistrate Judge Bryant |

## ORDER

Pending before the Court is Plaintiff Lori Mitchell's Second Motion for Leave to Proceed Without Paying Fees or Costs ("Motion") (Doc. No. 4 at 1), filed with the Affidavit of Peter T. Skeie, (Doc. No. 4 at 2–3). Mr. Skeie, Plaintiff's attorney, avers that he cannot provide the Court with information regarding Juvenile Claimant's financial circumstances to support his Motion because he has been unable to contact Ms. Mitchell since he received the Appeals Council's denial of Juvenile Claimant's administrative appeal. (*Id.* at 2.) Finding it necessary to address the Motion with the parties, the Court hereby **SCHEDULES** a status conference in this case for **Thursday, August 7, 2014, at 10:00 am.**

It is so ORDERED.

Entered this the 27 day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT