IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI MITCHELL,<br>as Guardian for Juvenile Claimant, xxx-xx-8350,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 3:14-cv-01108<br><br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court are Plaintiff Lori Mitchell's Second Motion for Leave to Proceed Without Paying Fees or Costs (Doc. No. 4 at 1), filed with the Affidavit of Peter T. Skeie, (Doc. No. 4 at 2–3), and Plaintiff's Motion for Leave to Issue Subpoena (Doc. No. 7), filed with a Subpoena directed to Jesse Register, Ed.D., Director of Schools, Metropolitan Nashville Public Schools (Doc. No. 7-1). The Court held a hearing on August 8, 2014, and, finding the Motions to be well taken, orally granted them. Accordingly, Plaintiff's Second Motion for Leave to Proceed Without Paying Fees or Costs (Doc. No. 4) and Motion for Leave to Issue Subpoena (Doc. No. 7) are **GRANTED**.

It is so ORDERED.

Entered this the 11 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT